Murray Jacob # R05273
Columbia Correctional Institution
216 S. E. Corrections Way.
Lake City, Florida 32025

December 23. 2016

Clerk, U.S. District Court
401 S. E. First Avenue    Room # 243
Gainesville  Florida  32601-6895

PROVIDED TO COLUMBIA
CORRECTIONAL INSTITUTION
ON 12-27-16 DATE FOR MAILING
(STAFF INITIAL)

State of Florida)

Affidavit of Jacob Murray

County of Columbia)

(3 ½) Pages Enclosed.

1:16-cv-385-MP-GRJ

RE:  Temporary Restraining Order.

Dear Clerk of Courts

            Upon the Supporting Affidavit of the Plaintiff
Jacob Murray. Is Respectfully Seeking a Temporary Restraining
Order on the following Prison officals Here at Columbia
Correctional Institution Main Unit:
1) Assist Warden: Woodall          4) C/o: L.T. Wilson
2) Captain: J.J. Reeder             5) SGT: D. C. Philips.
3) SGT: Wayers                      6) Classification officer: Us. Cook

            On August 29, 2016 I was Jumped And Beaten And Stabed
By 8 Known Gang Members In 4-Dormatory Directly In Front of
C/o L.T. Wilson. Then C/o L.T. Wilson Allowed A Few of the Gang
Members Walk In My Locked cell And Removed Whole Grey Footlocker
On Camera. Then Caught Him with Weapon To which Stabed Me Twice.

... THEY TRANSFERED MAJORITY OF THE INMATES INVOLVED.

C/o L.T. WILSON FAILED TO PROTECT ME AFTER I REQUESTED TO BE PROTECTED FROM THESE KNOWN GANG MEMBERS.

INMATE RANDY JOHNSON ADMITTED TO INSPECTOR CLARK AND BOTH CAPTAINS STEPHENSON AND REEDER THAT HE GOT C/o L.T WILSON TO RE-ROLL CELL Y-1104 L. ON AUGUST 29. 2016. TO STEAL EVERY VALUEBLE ITEM I POSSESSED AND LEGALLY OWNED.

DUE TO ME FILING A COMPLAINT AGAINST AN INMATE BY THE NAME JOHN P. WOODALL AT WAKULLA CI ANNEX IN JUNE OF 2016 AND THEN BEING TRANSFERED TO COLUMBIA CI. NOT KNOWING THE ASSIST WARDEN MR WOODALL IS RELATED TO THIS EX C/o FEDERAL EMPLOYEE. ONCE MR. WOODALL, REALIZED I WAS THE ONE WHO MADE THIS COMPLAINT HE HE TOLD THE FOLLOWING INMATES TO KEEP MY PERSONAL PROPERTY.

| | |
|---|---|
| ANTHONY SMITH (WATCH CASIO) | WILLIE MATTHAS SHOES 8½ |
| BOBBY MEDINA MP4 PLAYER W/BUDS | C. FRANCIOS (ZOE) THERMALSET |
| MICHEAL BLACKMON MP4 PLAYER W/BUDS. | BRYAN DRAWLEY SHORTS |

(SHARING IT.)

THE REST OF MY REMAINS ARE IN Y-DORMATORY AND THE INSTITUTION REFUSES TO REPLACE IT OR GO GET IT. ALL OF MY TRIAL TRANSCRIPS ARE STILL THERE AS WELL.

THE I.C.T HAS RECOMMENDED ME FOR AN INTERSTATE CORRECTION COMPACT (I.C.C) FOR MY SAFETY. BUT IS ATTEMPTING TO STEAL MY PERSONAL PROPERTY AND NOT PAY FOR IT. I AM ASKING THE COURTS TO SEE THAT HIS PERSONAL PROPERTY IS PAID FOR BY C/o WILSON AND SGT WATERS AND J.J REEDER. BECAUSE CAPT. REEDER NEVER LOOKED FOR MY PROPERTY ONLY WEAPONS

... SGT: D.C. PHILIPS. OR DECEMBER 23.2016 REFUSED ME

ALL MEDICAL TREATMENT SGT: WATERS REFUSED ME ALL MEDICAL

TREATMENT. Classification officer: Ms. Cook STATED IF THIS I.C.C.

DOES NOT HAPPEN SOON SHE WILL (LIE) FIND A WAY TO PLACE ME ON

Close MANAGEMENT ONE (CMI) THIS CONVERSATION WAS IN FACT CAUGHT

ON AUDIO TAPE AND VIDEOTAPE AT CELL FRONT AROUND NOON FEEDING

UNTIL 1:00PM. I AM IN FEAR FOR MY LIFE HERE AT COLUMBIA C.I

MAIN UNIT AND ANNEX. AND IM REQUESTING A "TEMPORARY RESTRAINING

ORDER" OUT ON THE SIX PRISON OFFICAL UNTIL IM SAFELY ABOARD HEADING

TO WHATEVER STATE THATS COMING TO GET ME. OR PLACE ME IN A COUNTY

JAIL UNTIL THEY COME TO PICK ME UP. THIS SGT: D.C. PHILIPS HAS MADE

MULTIPLE OF THREATS TO JUMP ON ME OFF CAMERA AND (LIE) ON ME.

"I AM IN FEAR FOR MY LIFE" AND NEED A "RESTRAINING ORDER" I DO

NOT WANT TO DIE.  I AM RESPECTFULLY ASKING THAT THE AUGUST 29.2016 CD TAPE AND HARD DRIVE

INCIDENT IS Held ALONG WITH MEDICAL REPORTS AND PHOTOS ON

THE FACT I WANT TO BRING THIS TO COURT. THEY ARE REFUSING

TO ALLOW ME SUCCESSFUL ACCESS TO THE LAW LIBRARY. IF THE

LAW CLERKS ATTEMPT TO HELP ME. THEY WILL SET THEM UP WITH DRUGS

(K2).  THIS IS IN FACT A VIOLATION OF F.A.C. 33-208.002 (8)(24)

AND IS IN DIRECT VIOLATION OF MY EIGHTH AMENDMENT. CONST.

RIGHT.  PURSUANT TO Rules I DECLARE UNDER PENALTY

OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Murad Jacob R05273   DECEMBER 23. 2016

INMATE WITNESSES TO INCIDENT ON
AUGUST 29, 2016, AT Columbia CORRECTIONAL INSTITUTION
ALOT OF INMATES WROTE GRIEVANCES AND CALLED THE TIP LINE...

1.) MARK A. TIESS #T56541

2.) MARCUS WHITE # V45438

3.) BRIAN DRAWLEY

4) DENNIS CARPENTER

5.) GABRIEL NOCK

6.) INMATE: ABRAHAM

7.) ~~Brandlas~~ BRUNESHW WABINSKI

8.) ~~Duran~~ DARRAN REPPOND #166288

↑

WITNESSES.

↑

GRIEVANCES AND/or TIP CALLS

Mr. Murray Jacob # R05213 # H-32024

Columbia Correctional Institution

216 S.E. Corrections Way.

Lake City, Florida 32025

U.S. POSTAGE >> PITNEY BOWES

ZIP 32025 $ 000.46⁵
02 1W
0001380775 DEC 27 201

JACKSONVILLE
FL 320
27 DEC '16
6PM 2 L

LEGAL MAIL

Clerk, U.S. District Court

401 S.E. First Avenue

Room # 243

Gainesville, Florida

32601-6895

32601-689568

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL

(3½ page are enclosed)
THREE AND HALF pages are enclosed.

SENDING OUT DECEMBER 27, 2016 FROM CELL H-3202 MONDAY TUESDAY

12/27/16