IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JACOB MURRAY,

    Plaintiff,
v.                                            CASE NO. 1:16-cv-385-MP-GRJ

WARDEN WOODALL, et al.,

    Defendants.
_____/

## O R D E R

Plaintiff, a *pro se* prisoner presently confined at Columbia Correctional Institution, Lake City, Florida, initiated this case by filing a handwritten document construed as a civil rights Complaint pursuant to 42 U.S.C. § 1983. ECF No. 1. The allegations of the Complaint concern the conditions of Plaintiff's confinement at Columbia CI, and the named Defendants are all officers at Columbia CI. ECF No. 1.

Venue is proper in a civil action in a judicial district: (1) in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) in which a substantial part of the events or omissions giving rise to the claim occurred; or (3) if there is no district in which the action may otherwise be brought, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such

action. 28 U.S.C. § 1391(b).

Columbia CI is located in the Jacksonville Division of the Middle District of Florida. Because the events giving rise to the Complaint occurred in the Middle District, Jacksonville Division, and the only potential Defendants are also located in that district and division, this case should have been filed in the Middle District of Florida, Jacksonville Division. *See* 28 U.S.C § 1391(b).

Pursuant to 28 U.S.C. § 1406(a) where, as here, a case has been filed in the wrong venue, "[T]he district court of a district in which is filed a case laying venue in the wrong ... district shall dismiss, or if it be in the interest of justice, transfer such case to any district ... in which it could have been brought." In view of the fact that the Plaintiff is a prisoner proceeding *pro se,* transfer of this case rather than dismissal would be in the interests of justice.

In light of the foregoing, pursuant to 28 U.S.C. § 1406(a) this case is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division.

**DONE AND ORDERED** this 30th day of December 2016.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge