**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JACOB MURRAY,

    Petitioner,

v.    Case No: 8:17-cv-10-T-36AEP

ASSISTANT WARDEN WOODALL, J. J. REEDER, CAPTAIN, SARGEANT WATERS, L. T. WILSON, D. C. PHILIPS, SARGEANT, and CO-I COOK, CLASSIFICATION OFFICER,

    Respondents.

**RELATED CASE ORDER**
**AND TRACK ONE NOTICE**

It is hereby **ORDERED** that, no later than fourteen days from the date of this Order, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b). The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS. It is

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track One** case. All parties must comply with the requirements established in Local Rule 3.05 for Track One cases.

January 4, 2017

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

- 2 -

Attachment:   Notice of Pendency of Other Actions [mandatory form]

Copies to:   All Counsel of Record
All *Pro Se* Parties

- 2 -

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JACOB MURRAY,

    Petitioner,

v.                                                                                  Case No: 8:17-cv-10-T-36AEP

ASSISTANT WARDEN WOODALL, J. J.
REEDER, CAPTAIN, SARGEANT
WATERS, L. T. WILSON, D. C. PHILIPS,
SARGEANT, and CO-I COOK,
CLASSIFICATION OFFICER,

    Respondents.
_____

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_____ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:

_____
Counsel of Record or *Pro Se* Party
    [Address and Telephone]